No. 377, Misc. McGINTY v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Pauline B. Heller* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 446, Misc. SINGLETON v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 21, Misc. FRENCH v. DOWNIE, PRISON SUPERINTENDENT. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied in light of the representations of the State Attorney General as to the adequacy of state remedies. Petitioner *pro se. Eugene Cook*, Attorney General of Georgia, *Earl Hickman*, Assistant Attorney General, and *Paul Rodgers*, Deputy Attorney General, for respondent.

No. 30, Misc. VITORATOS, ALIAS VICTOR, v. OHIO. Petition for writ of certiorari and for other relief to the Supreme Court of Ohio denied.

No. 262, Misc. MORRISON v. HERITAGE, WARDEN. Petition for writ of certiorari and for other relief to the United States Court of Appeals for the Fifth Circuit denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 107, Misc. HALL v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *William F. Mosner* for petitioner.